# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>[1] Ramon Vicente CASTILLO-GUERRERO; [2] Marcos SORIANO-SANCHEZ; and [3] Nandy MATEO-GARCIA<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 22-421 (M)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  4/11/2022  in the county of  --  in the  ----  District of  Puerto Rico  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. 70502, 70503, 70506 | Beginning on a date unknown, but until and including April 11, 2022, on the high seas, elsewhere and within the jurisdiction of this Court, defendants did knowingly and intentionally combine, conspire, and agree with others known and unknown to commit an offense against the United States, to wit: to possess with intent to distribute more than 5 kilograms of cocaine, a Schedule II controlled substance, while on board a covered vessel. |

This criminal complaint is based on these facts:

See attached affidavit.
Reviewed by: AUSA D. Olinghouse
The United States requests detention as to all defendants.

☑ Continued on the attached sheet.

Subscribed and Sworn pursuant to FRCP 4.1 at 9:00 a.m. by telephone, this 15th day of April 2022.

*Complainant's signature*

Jonathan Quinones-Panet, DEA Special Agent
*Printed name and title*

Digitally signed by Hon. Bruce J. McGiverin

*Judge's signature*

Date: 4/15/2022

City and state:  San Juan, Puerto Rico    Hon. Bruce J. McGiverin U.S. Magistrate Judge
*Printed name and title*